# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Juneau, Michael J. | Western District of Louisiana, District Court | 02/07/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active District Judge | ☐ Nomination  Date  <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☑ Amended Report | 01/01/2018 <br> to <br> 12/31/2018 |

**7. Chambers or Office Address**

800 Lafayette Street, Suite 4200
Lafayette, LA 70501

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | Family Member Trust #1 |
| 2. | Co-Trustee | Family Member Trust #2 |
| 3. | Co-Trustee | Family Member Trust #3 |
| 4. | Co-Trustee | Family Member Trust #4 |
| 5. | Co-Trustee | Family Member Trust #5 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Juneau, Michael J. | 02/07/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 10/15/18 | Juneau David, APLC - partial year wages & share of law firm income | $1,430,348.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | U.S. Courts | 11/20/18 | Shreveport, LA | Judges Meeting - Western District | Travel |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Juneau, Michael J. | 02/07/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Juneau David, APLC | Cost of investiture & reception | $26,545.00 |
| 2. | Lafayette Federal Bar Association | Cost of investiture & reception | $1,000.00 |
| 3. | Juneau David, APLC | Judicial robe & gavel | $450.00 |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Juneau, Michael J. | 02/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Thornburg Ltd Muni Bond Fund (LTMIX) X | A | Dividend | | | Buy | 02/22/18 | K | | |
| 2. | | | | | Buy (add'l) | 09/17/18 | J | | |
| 3. | | | | | Buy (add'l) | 09/19/18 | J | | |
| 4. | | | | | Redeemed | 12/28/18 | N | A | |
| 5. Arbitrage Fund (ARBNX) X | A | Dividend | | | Buy (add'l) | 10/22/18 | J | | |
| 6. | | | | | Redeemed | 09/17/18 | L | A | |
| 7. Oakmark Equity & Income Fund (OAYBX) X | B | Dividend | | | Buy | 02/22/18 | J | | |
| 8. | | | | | Buy (add'l) | 09/17/18 | J | | |
| 9. | | | | | Buy (add'l) | 09/19/18 | J | | |
| 10. | | | | | Redeemed (part) | 12/06/18 | N | A | |
| 11. Iva Worldwide Fund (IVWIX) X | A | Dividend | | | Buy (add'l) | 02/22/18 | J | | |
| 12. | | | | | Buy (add'l) | 09/17/18 | J | | |
| 13. | | | | | Buy (add'l) | 09/19/18 | J | | |
| 14. | | | | | Redeemed | 12/06/18 | M | A | |
| 15. JP Morgan Income Builder Fund (JNBSX) X | D | Dividend | | | Buy (add'l) | 02/22/18 | J | | |
| 16. | | | | | Redeemed (part) | 09/17/18 | M | D | |
| 17. | | | | | Buy (add'l) | 09/19/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Juneau, Michael J. | 02/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Redeemed | 12/28/18 | M | A | |
| 19. T Rowe Price Tax Free Hi Yield Fund<br>(PRHFX) X | B | Dividend | | | Buy | 02/23/18 | K | | |
| 20. | | | | | Redeemed<br>(part) | 09/17/18 | L | C | |
| 21. | | | | | Redeemed | 09/19/18 | J | A | |
| 22. Cohen & Steers Realty Fund (CSRSX) | B | Dividend | K | T | Buy<br>(add'l) | 02/22/18 | J | | |
| 23. | | | | | Buy<br>(add'l) | 04/23/18 | J | | |
| 24. | | | | | Buy<br>(add'l) | 04/23/18 | J | | |
| 25. | | | | | Buy<br>(add'l) | 04/23/18 | J | | |
| 26. | | | | | Buy<br>(add'l) | 04/23/18 | J | | |
| 27. | | | | | Buy<br>(add'l) | 04/25/18 | J | | |
| 28. | | | | | Buy<br>(add'l) | 04/25/18 | J | | |
| 29. | | | | | Redeemed<br>(part) | 09/17/18 | J | A | |
| 30. | | | | | Redeemed<br>(part) | 09/19/18 | J | A | |
| 31. | | | | | Redeemed<br>(part) | 12/28/18 | L | A | |
| 32. Baird Intermed Muni Bond Fund (BMBIX)<br>X | A | Dividend | | | Buy<br>(add'l) | 02/22/18 | K | | |
| 33. | | | | | Redeemed | 09/17/18 | N | A | |
| 34. First Eagle Global Fund (SGIIX) | D | Dividend | O | T | Buy<br>(add'l) | 02/22/18 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Redeemed (part) | 04/23/18 | J | A | |
| 36. | | | | | Redeemed (part) | 04/23/18 | J | A | |
| 37. | | | | | Redeemed (part) | 04/23/18 | J | A | |
| 38. | | | | | Redeemed (part) | 04/23/18 | J | A | |
| 39. | | | | | Buy (add'l) | 04/24/18 | J | | |
| 40. | | | | | Buy (add'l) | 04/25/18 | J | | |
| 41. | | | | | Buy (add'l) | 04/25/18 | J | | |
| 42. | | | | | Buy (add'l) | 04/25/18 | J | | |
| 43. | | | | | Buy (add'l) | 09/17/18 | J | | |
| 44. | | | | | Buy (add'l) | 09/19/18 | J | | |
| 45. ishares Core Moderate Alloc Fund (AOM) | B | Dividend | N | T | Buy | 12/06/18 | N | | |
| 46. ishares Core Growth Fund (AOR) | B | Dividend | N | T | Buy | 12/06/18 | N | | |
| 47. ishares Emerging Mkts Fund (EEM) | B | Dividend | M | T | Buy | 12/06/18 | M | | |
| 48. ishares Russell Mid Cap Fund (IWP) | A | Dividend | M | T | Buy | 12/06/18 | M | | |
| 49. Nuveen Muni Bond Fund (FLTRX) | A | Dividend | N | T | Buy (add'l) | 02/22/18 | K | | |
| 50. | | | | | Buy (add'l) | 09/17/18 | J | | |
| 51. | | | | | Buy (add'l) | 09/19/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Juneau, Michael J. | 02/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Nuveen Hi Yield Muni Bond Fund (NVHIX) | A | Dividend | N | T | Buy (add'l) | 09/18/18 | N | | |
| 53. | | | | | Buy (add'l) | 09/19/18 | J | | |
| 54. Oppenheimer Dvlping Mkts Fund (ODVYX) | B | Dividend | L | T | Redeemed (part) | 04/23/18 | J | A | |
| 55. | | | | | Redeemed (part) | 04/23/18 | J | A | |
| 56. | | | | | Redeemed (part) | 04/23/18 | J | A | |
| 57. | | | | | Redeemed (part) | 04/23/18 | J | A | |
| 58. | | | | | Buy (add'l) | 04/25/18 | J | | |
| 59. | | | | | Buy (add'l) | 04/25/18 | J | | |
| 60. | | | | | Buy (add'l) | 04/25/18 | J | | |
| 61. | | | | | Buy (add'l) | 09/17/18 | M | | |
| 62. | | | | | Buy (add'l) | 09/19/18 | J | | |
| 63. | | | | | Redeemed (part) | 12/06/18 | M | A | |
| 64. T Rowe Price Summit Fund (PRSMX) | A | Dividend | N | T | Buy | 02/23/18 | K | | |
| 65. | | | | | Redeemed (part) | 09/17/18 | J | A | |
| 66. | | | | | Buy (add'l) | 09/19/18 | J | | |
| 67. Eaton Vance Atlanta Small Cap Fund (EISMX) | D | Dividend | M | T | Buy | 04/23/18 | K | | |
| 68. | | | | | Buy (add'l) | 04/23/18 | L | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Juneau, Michael J. | 02/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Buy<br>(add'l) | 04/23/18 | M | | |
| 70. | | | | | Buy<br>(add'l) | 04/23/18 | J | | |
| 71. | | | | | Buy<br>(add'l) | 04/24/18 | J | | |
| 72. | | | | | Buy<br>(add'l) | 04/24/18 | J | | |
| 73. | | | | | Buy<br>(add'l) | 04/24/18 | J | | |
| 74. | | | | | Buy<br>(add'l) | 04/24/18 | J | | |
| 75. | | | | | Buy<br>(add'l) | 04/25/18 | J | | |
| 76. | | | | | Buy<br>(add'l) | 04/25/18 | J | | |
| 77. | | | | | Buy<br>(add'l) | 04/25/18 | J | | |
| 78. | | | | | Buy<br>(add'l) | 09/17/18 | M | | |
| 79. | | | | | Buy<br>(add'l) | 09/19/18 | J | | |
| 80. | | | | | Redeemed<br>(part) | 12/06/18 | M | A | |
| 81. AMG Yacktman Fund (YACKX) | B | Dividend | M | T | Redeemed<br>(part) | 02/01/18 | J | A | |
| 82. | | | | | Redeemed<br>(part) | 04/23/18 | J | A | |
| 83. | | | | | Redeemed<br>(part) | 04/23/18 | J | A | |
| 84. | | | | | Buy<br>(add'l) | 04/23/18 | K | | |
| 85. | | | | | Buy<br>(add'l) | 04/23/18 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Juneau, Michael J. | 02/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 04/25/18 | J | | |
| 87. | | | | | Buy (add'l) | 04/25/18 | J | | |
| 88. | | | | | Buy (add'l) | 04/25/18 | J | | |
| 89. American Global Balanced Fund (GBLFX) | B | Dividend | M | T | Buy (add'l) | 04/23/18 | J | | |
| 90. | | | | | Buy (add'l) | 04/23/18 | J | | |
| 91. | | | | | Buy (add'l) | 04/23/18 | J | | |
| 92. | | | | | Buy (add'l) | 04/23/18 | J | | |
| 93. | | | | | Buy (add'l) | 04/24/18 | J | | |
| 94. | | | | | Buy (add'l) | 04/24/18 | J | | |
| 95. | | | | | Buy (add'l) | 04/24/18 | J | | |
| 96. | | | | | Buy (add'l) | 04/24/18 | J | | |
| 97. | | | | | Buy (add'l) | 04/25/18 | J | | |
| 98. | | | | | Buy (add'l) | 04/25/18 | J | | |
| 99. | | | | | Buy (add'l) | 04/25/18 | J | | |
| 100. Eaton Vance Global Macro Fund (EIGMX) X | | | | | Buy (add'l) | 02/22/18 | J | | |
| 101. | | | | | Redeemed | 09/17/18 | L | A | |
| 102. T Rowe Price Cap Appr Fund (PRWCX) | A | Dividend | M | T | Redeemed (part) | 04/23/18 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Juneau, Michael J. | 02/07/2020 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Redeemed (part) | 04/23/18 | J | A | |
| 104. | | | | | Redeemed (part) | 04/23/18 | J | A | |
| 105. | | | | | Redeemed (part) | 04/23/18 | J | A | |
| 106. | | | | | Buy (add'l) | 04/25/18 | J | | |
| 107. | | | | | Buy (add'l) | 04/25/18 | J | | |
| 108. | | | | | Buy (add'l) | 04/25/18 | J | | |
| 109. Tweedy Browne Global Value Fund (TBGVX) | A | Dividend | L | T | Buy | 04/23/18 | J | | |
| 110. | | | | | Buy (add'l) | 04/23/18 | J | | |
| 111. | | | | | Buy (add'l) | 04/23/18 | K | | |
| 112. | | | | | Buy (add'l) | 04/23/18 | K | | |
| 113. | | | | | Buy (add'l) | 04/25/18 | J | | |
| 114. | | | | | Buy (add'l) | 04/25/18 | J | | |
| 115. Wells Fargo Growth Fund (SGRNX) | A | Dividend | L | T | Redeemed (part) | 04/23/18 | J | A | |
| 116. | | | | | Redeemed (part) | 04/23/18 | J | A | |
| 117. | | | | | Redeemed (part) | 04/23/18 | J | A | |
| 118. | | | | | Redeemed (part) | 04/23/18 | J | A | |
| 119. | | | | | Buy (add'l) | 04/24/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g , div , rent, or int ) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g , buy, sell, redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 04/24/18 | J | | |
| 121. | | | | | Buy (add'l) | 04/25/18 | J | | |
| 122. | | | | | Buy (add'l) | 04/25/18 | J | | |
| 123. | | | | | Buy (add'l) | 04/25/18 | J | | |
| 124. Spdr Nuveen Short Term Muni Bond Fund (SHM) | C | Dividend | N | T | Buy | 12/28/18 | N | | |
| 125. Vanguard Index Real Estate Fund (VNQ) | A | Dividend | L | T | Buy | 12/28/18 | L | | |
| 126. T Rowe Price Tax Free Fund (PRFHX) | C | Dividend | M | T | | | | | |
| 127. Amercanc Money Mkt Fund (AAFXX) | A | Dividend | K | T | | | | | |
| 128. American Intermed Bond Fund (CBOAX) | A | Dividend | L | T | | | | | |
| 129. American Hi Income Fund (CITAX) | A | Dividend | J | T | | | | | |
| 130. Bond Fund of America (CFAXX) | A | Dividend | J | T | | | | | |
| 131. American Capital Income Builder Fund (CIRAX) | A | Dividend | J | T | | | | | |
| 132. American World Bond Fund (CCWAX) | A | Dividend | J | T | | | | | |
| 133. Income Fund of America (CIMAX) | A | Dividend | J | T | | | | | |
| 134. Washington Mutual Investors Fund (CWMAX) | A | Dividend | J | T | | | | | |
| 135. Chase Bank cash accounts | C | Interest | O | T | | | | | |
| 136. Capital One Bank cash accounts | A | Interest | J | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Juneau, Michael J. | 02/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Wells Fargo Advisors cash account | B | Interest | J | T | | | | | |
| 138. Oakmark Select Fund (OAKLX) | E | Dividend | O | T | | | | | |
| 139. Dodge & Cox Balanced Fund (DODBX) | E | Dividend | O | T | | | | | |
| 140. Dodge & Cox Income Fund (DODIX) | D | Dividend | O | T | | | | | |
| 141. Vanguard Tax-Exempt Intermed Bond Fund (VWIUX) | E | Dividend | P1 | T | Redeemed (part) | 05/01/18 | J | A | |
| 142. | | | | | Buy (add'l) | 06/08/18 | K | | |
| 143. | | | | | Redeemed (part) | 08/23/18 | M | A | |
| 144. | | | | | Redeemed (part) | 08/30/18 | K | A | |
| 145. | | | | | Buy (add'l) | 09/10/18 | K | | |
| 146. | | | | | Buy (add'l) | 09/18/18 | L | | |
| 147. | | | | | Redeemed (part) | 09/26/18 | K | A | |
| 148. | | | | | Buy (add'l) | 11/19/18 | M | | |
| 149. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 150. Vanguard 2025 Target Income Fund (VTTVX) | D | Dividend | N | T | Buy (add'l) | 01/12/18 | J | | |
| 151. | | | | | Buy (add'l) | 02/07/18 | J | | |
| 152. | | | | | Buy (add'l) | 02/12/18 | J | | |
| 153. | | | | | Buy (add'l) | 02/15/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Juneau, Michael J. | 02/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g, div, rent, or int) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g, buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. | | | | | Buy (add'l) | 02/28/18 | J | | |
| 155. | | | | | Buy (add'l) | 03/15/18 | J | | |
| 156. | | | | | Buy (add'l) | 04/05/18 | J | | |
| 157. | | | | | Buy (add'l) | 04/17/18 | J | | |
| 158. | | | | | Buy (add'l) | 05/09/18 | J | | |
| 159. | | | | | Buy (add'l) | 05/16/18 | J | | |
| 160. | | | | | Buy (add'l) | 05/31/18 | J | | |
| 161. | | | | | Buy (add'l) | 06/15/18 | J | | |
| 162. | | | | | Buy (add'l) | 07/02/18 | J | | |
| 163. | | | | | Buy (add'l) | 07/17/18 | J | | |
| 164. | | | | | Buy (add'l) | 07/31/18 | J | | |
| 165. | | | | | Buy (add'l) | 08/15/18 | J | | |
| 166. | | | | | Buy (add'l) | 09/06/18 | J | | |
| 167. | | | | | Buy (add'l) | 09/14/18 | J | | |
| 168. | | | | | Buy (add'l) | 09/28/18 | J | | |
| 169. | | | | | Buy (add'l) | 10/15/18 | J | | |
| 170. Gabelli Asset Fund (GABAX) | D | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Juneau, Michael J. | 02/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. Vanguard Small Cap Index Fund (NAESX) | B | Dividend | L | T | | | | | |
| 172. Broadway \Opportunity Fund (BVAOX) X | D | Dividend | M | T | Redeemed (part) | 04/23/18 | J | C | |
| 173. | | | | | Redeemed (part) | 04/23/18 | J | C | |
| 174. | | | | | Redeemed (part) | 04/23/18 | K | C | |
| 175. | | | | | Redeemed (part) | 04/23/18 | K | C | |
| 176. Gabelli Small Cap Growth Fund (GACIX) X | C | Dividend | L | T | Redeemed (part) | 04/23/18 | J | A | |
| 177. | | | | | Redeemed (part) | 04/23/18 | J | A | |
| 178. | | | | | Redeemed (part) | 04/23/18 | K | B | |
| 179. | | | | | Redeemed (part) | 04/23/18 | K | B | |
| 180. Hartford Mid Cap Fund (HFMIX) X | C | Dividend | L | T | Redeemed (part) | 04/23/18 | J | A | |
| 181. | | | | | Redeemed (part) | 04/23/18 | K | B | |
| 182. | | | | | Redeemed (part) | 04/23/18 | J | A | |
| 183. | | | | | Redeemed (part) | 04/23/18 | K | B | |
| 184. Hotchkis-Wiley Mid Cap Fund (HWMIX) X | C | Dividend | L | T | Redeemed (part) | 04/23/18 | K | B | |
| 185. | | | | | Redeemed (part) | 04/23/18 | K | B | |
| 186. | | | | | Redeemed (part) | 04/23/18 | J | A | |
| 187. | | | | | Redeemed (part) | 04/23/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Juneau, Michael J. | 02/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. Janus Henderson Balanced Fund (JBLAX) | B | Dividend | M | T | Buy<br>(add'l) | 02/22/18 | K | | |
| 189. | | | | | Buy<br>(add'l) | 09/18/18 | J | | |
| 190. Prudential Whole Life Insurance Policies | A | None | M | T | | | | | |
| 191. NW Mutual Whole Life Insurance Policy | A | None | K | T | | | | | |
| 192. Ameritas Whole Life Insurance Policies | A | None | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Juneau, Michael J. | 02/07/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Juneau, Michael J. | 02/07/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael J. Juneau**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544